EAST BATON ROUGE PARISH    C-753971
Filed Sep 30, 2024 2:10 PM    25
Deputy Clerk of Court
E-File Received Sep 30, 2024 1:28 PM

# 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO. _____                                DIVISION: _____

## SCOTT JERNIGAN

### VERSUS

## STATE FARM FIRE AND CASUALTY COMPANY

FILED: 9/30/2024                            DEPUTY CLERK:_____

### PETITION FOR BREACH OF CONTRACT AND DAMAGES

The petition of **Scott Jernigan,** a person of the full age of majority domiciled in the Parish of Baton Rouge, State of Louisiana, respectfully represents:

1.

Made Plaintiff herein is Scott Jernigan, (hereinafter sometimes referred to as "Plaintiff"), person of the full age of majority and resident of the State of Louisiana. Plaintiff owns, resides, and is domiciled in the insured property at issue, which is located in Louisiana. Plaintiff does not reside in any other state or outside the United States. Plaintiff is not domiciled in any other state or outside the United States. Plaintiff is domiciled solely in Louisiana and intends to remain in Louisiana. Plaintiff is therefore a citizen of the State of Louisiana.

2.

Made Defendant herein is State Farm Fire and Casualty Company(hereinafter sometimes referred to as "Defendant" or "State Farm"), which is incorporated and is maintaining its principal place of business in the state of Illinois, and is therefore domiciled in the State of Illinois.

-1-



**Certified True and Correct Copy**
CertID: 2024100400006

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

Venue is proper in the Parish of East Baton Rouge pursuant to the Louisiana Code of Civil Procedure due to that a substantial part of the events and/or omissions giving rise to Plaintiff's claims occurred within this Parish, and/or a substantial part of property that is the subject of the action is situated within this Parish and State.

4.

This Court has personal jurisdiction over the parties and subject matter jurisdiction to hear the actions presented in this suit.

## FACTUAL BACKGROUND

5.

At all relevant times, Plaintiff owned a single-family home residence located at 11617 Wintergreen Drive, Zachary, Louisiana 70791, which is the property at issue that gives rise to this lawsuit.

6.

Plaintiff contracted with State Farm to insure the property located at 11617 Wintergreen Drive, Zachary, Louisiana 70791(hereinafter referred to as "Insured Premises").

7.

Plaintiff entered into a policy or contract of insurance with the defendant, State Farm, with the reasonable expectation that the Defendant would abide by the terms of the policy and pay for any covered losses. All policy associated premiums were timely paid.

8.

The Defendant, State Farm, issued an insurance policy to Plaintiff and/or the home, bearing policy number 18-B9-5960-1. Said policy or contract of insurance provided Plaintiff

-2-

**Certified True and Correct Copy**
CertID: 2024100400006


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 2

with coverage for incidents and damages as alleged herein. This policy or contract of insurance was in full force and effect on or about June 20, 2023, the date of loss of which is complained herein.

9.

On or about June 20, 2023, while the policy was in full force and effect, the Insured Premises sustained significant damages resulting from a Wind and Hailstorm (hereinafter "loss" or "peril"), which caused catastrophic damage to Plaintiff's home.

10.

Plaintiff immediately reported the damage to State Farm by filing a claim, demanding immediate inspections and payments to have the property timely repaired.

11.

Plaintiff presented State Farm with reports, photographs, and other evidence establishing the damage that was covered by the insurance policy.

12.

Despite being fully apprised of the true loss amount covered under the policy, State Farm refused to provide proper coverage and payment for the loss. Defendant omitted damaged items within the claim, underpriced items, and failed to promptly investigate and adjust the claim within thirty days after receipt of satisfactory proof of loss.

**BREACH OF CONTRACT**

13.

Plaintiff realleges and reavers the allegations contained in Paragraphs 1-13, hereinabove as if *fully* restated.

-3-


**Certified True and Correct Copy**
CertID: 2024100400006


Tarika Sumler
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 3

14.

Defendant has denied coverage owed to Plaintiff for the insurance claims made by Plaintiff arising out of the losses which occurred on or about June 20, 2023.

15.

Defendant State Farm breached its contract of insurance between the parties, Plaintiff and Defendant, by failing to adequately compensate Plaintiff for the damage to Plaintiff's property alleged herein.

### BAD FAITH INSURANCE CLAIM HANDLING

16.

Plaintiff realleges and reavers the allegations contained in Paragraphs 1-15 hereinabove, as if fully restated.

17.

State Farm failed to promptly investigate and adjust this claim and pay the claim due within thirty (30) days after receipt of satisfactory proof of loss provided by Plaintiff in violation of La. R.S. §22:1892.

18.

State Farm did not adequately adjust, investigate, and pay Plaintiff's insurance claim by initially undervaluing the damage sustained due to a covered event and subsequently claiming the damage observed was the effect of uncovered causes.

19.

State Farm engaged in conduct in the adjustment of Plaintiff's claim that was arbitrary, capricious, and/or without probable cause, including but not limited to, purposefully or negligently refusing to properly adjust or investigate the claim in good faith and failing

-4-


Certified True and
Correct Copy
CertID: 2024100400006


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 4

to pay timely for damages State Farm knew, or should have known existed at the time of the adjustment of the relevant claims.

20.

The omissions, actions, and/or inactions of Defendants in failing to adequately compensate Plaintiff for the covered losses sustained to the property covered under the relevant policy of insurance were arbitrary, capricious, and without probable cause as those terms are used in connection with La. R.S. §22:1892 and §22:1793, making the Defendants liable to Plaintiff for statutory bad faith penalties.

21.

Defendant failed to fulfill its obligation to Plaintiff under the policy and/or contract which was in full force and effect on the date of loss, and is therefore liable unto Plaintiff for the following reasons, to wit:

 a. Failing to pay for all damages due under the policy;

 b. Failing to include all damages in scope of loss/damage estimate;

 c. Failing to properly estimate the cost of repair and replace the structure and contents therein;

 d. Failing to retain qualified professionals to timely and properly assess all damages;

 e. Failing to timely and/or fully pay for all available coverages under the policy, including but not limited to structural damage, personal property, and loss of use;

 f. Failing to timely and properly communicate with its insured;

 g. Failing to tender payment for undisputed portions of the loss;

 h. Failing to promptly initiate loss adjustment;

-5-


**Certified True and Correct Copy**
CertID: 2024100400006


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 5

    i.    Failure to promptly investigate and adjust the claim presented;

    j.    Denying coverage to Plaintiff to which Plaintiff was entitled;

    k.    Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. §22:1892 and §22:1973;

    l.    Failing to pay or honor an appraisal award after issuance;

    m.    Other acts of negligence arising out of and/or related to the incident made the subject of this lawsuit, as may be shown at the trial of this matter; such acts being in violation of the laws of the State of Louisiana and the ordinances of the Parish of East Baton Rouge, which are specially plead as if copied *in extenso*.

## DAMAGES

22.

Plaintiff realleges and reavers the allegations contained in Paragraphs 1-22 hereinabove, as if fully restated.

23.

As a result of Defendant's breach of contract and/or bad faith claims adjusting practices Plaintiff avers that she suffered and is entitled to recover the following nonexclusive list of damages past, present, and future, to-wit:

    a.    Full value of the property damage to Plaintiffs' property, including but not limited to dwelling damage.

    b.    Additional repair and remediation expenses;

    c.    All Consequential;

    d.    All Compensatory;

-6-


**Certified True and Correct Copy**
CertID: 2024100400006


*Tarika Sumler*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 6

e. Recoverable depreciation;

f. Inability to make appropriate repairs due to inadequate insurance payments;

g. Diminution in value of property;

h. Mental pain and anguish, emotional distress, and inconvenience;

i. Penalties as provided in La. R.S. §§ 22:1892 and 22:1973;

j. Attorney's fees and costs;

k. Costs of this litigation and any pre-litigation costs related to the insurer's failure to make adequate insurance payments;

l. Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to La. R.S. §§ 22:1892 and 22:1973;

m. Any and all other relief that the Court deems just and proper; and

n. Any and all other losses arising out of and/or related to the matter forming the subject of this lawsuit which will be proven through discovery or at the trial of this matter.

**WHEREFORE,** Plaintiff, **Scott Jernigan,** prays that Defendant, **State Farm Fire and Casualty Company,** be served with a copy of this Petition and cited to appear and answer same; that there be a trial by jury; that after all due proceedings had, there be judgment in his favor and against the Defendants for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, all statutory penalties and attorney's fees, for all costs of these proceedings, and all general and equitable relief available. Further, Plaintiff, **Scott Jernigan,** prays that there be a judgment rendered in their favor and against Defendant.

-7-

Certified True and Correct Copy
CertID: 2024100400006

*Tarika Sumler*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 7

Respectfully Submitted,

By: */s/ James Huntington Odom, III*
J. HUNTINGTON ODOM, III
LA Bar No. 38459
CHAD T. WILSON LA FIRM, PLLC
455 East Medical Center Blvd., Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
hodom@cwilsonlaw.com

ATTORNEY FOR PLAINTIFF

**PLEASE SERVE:**

State Farm Fire and Casualty Company
*Through its Registered Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70890

-8-



**Certified True and Correct Copy**
CertID: 2024100400006

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
10/4/2024 7:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

STATE FARM EXHIBIT A  PAGE 8

SERVICE COPY



D15154313

# CITATION

SCOTT JERNIGAN
(Plaintiff)

VS

STATE FARM FIRE AND CASUALTY COMPANY
(Defendant)

NUMBER C-753971 "25"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: STATE FARM FIRE AND CASUALTY COMPANY
THROUGH ITS AGENT:
LOUISIANA SECRETARY OF STATE

SERVED ON
NANCY LANDRY

OCT 09 2024

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **OCTOBER 4, 2024.**



*Tarika Sumler*

Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: ODOM, J.H. HUNTER, III
*The following documents are attached:
**PETITION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office
OCT 08 2024

**CITATION-2000**

# State of Louisiana
## Secretary of State

10/10/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA  70801

Suit No.: 753971
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

SCOTT JERNIGAN
vs
STATE FARM FIRE & CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on:  NANCY LANDRY
Served by:  B GARAFOLA

Date: 10/09/2024
Title:  DEPUTY SHERIFF

No: 1343163



KC

**NANCY LANDRY**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**ON ROUGE, LA 70804-9125**





9489 0090 0027 6621 9877 19



PRIORITY MAIL

US POSTAGE ™ PITNEY BOWES

ZIP 70802  $014.50
02 7W
0008035515 OCT 10 2024

STATE FARM EXHIBIT A  PAGE 11



# Notice of Service of Process

**KSB / ALL**
**Transmittal Number:** 30056044
**Date Processed:** 10/11/2024

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| Entity Served: | State Farm Fire and Casualty Company |
| Title of Action: | Scott Jernigan vs. State Farm Fire and Casualty Company |
| Matter Name/ID: | Scott Jernigan vs. State Farm Fire and Casualty Company (16370129) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | East Baton Rouge Parish District Court, LA |
| Case/Reference No: | C-753971 25 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 10/11/2024 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | Secretary Of State |
| How Served: | Certified Mail |
| Sender Information: | Chad T. Wilson La Firm, PLLC<br>832-415-1432 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

STATE FARM EXHIBIT A  PAGE 12